Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California 90245
Telephone: (310) 416-9710
Facsimile: (310) 640-1601

JS - 6

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a Minor by and through his parents and Guardians ad Litem<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE UNTION SCHOOL DISTRICT ; THE BOARD OF EDUCATION OF WESTSIDE UNION SCHOOL DISTRICT ; REGINA ROSSALL, individually and in her official capacity as Superintendent of WESTSIDE UNION SCHOOL DISTRICT; GLEN EGBERT, individually and in his official capacity as Director of Special Education of the WESTSIDE UNION SCHOOL DISTRICT, and DOES 1-25, inclusive<br><br>Defendants. | Civil Action No.<br>CV 08-000893 (MANx)<br><br>**[PROPOSED]** ORDER DISMISSING CASE<br><br>The Honorable Christina Snyder |

Based upon the receipt and approval of Plaintiff's Application for Approval of Settlement in Compliance with Local Rule 83.5, it is hereby ordered that the above referenced matter be dismissed.

**IT IS SO ORDERED.**

Dated: July 23, 2009

*/s/ Christina A. Snyder*

Honorable Christina Snyder,
United States District Court Judge
Central District

---

[PROPOSED] ORDER DISMISSING CASE